# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **GORDON PROPERTIES, LLC**, | * | **Case No. 09-18086-RGM** |
| **CONDOMINIUM SERVICES, INC.**, | * | Chapter 11 |
| | * | (Jointly Administered) |
| Debtors. | * | |

## AMENDED SECOND MOTION
## FOR AUTHORITY TO INCUR SUBORDINATED SECURED DEBT

The debtor, GORDON PROPERTIES, LLC ("Gordon Properties"), by counsel, pursuant to 11 U.S.C. §364(c)(2), files this amendment to Second Motion for Authority to Incur Subordinated Debt (the "Borrowing Motion") for the limited purpose of amending the amount of the Loan that is the subject of the Borrowing Motion, and in support of this Amended Motion states as follows:

1. Gordon Properties filed the Borrowing Motion on February 29, 2012 [Docket No. 359], which Borrowing Motion is noticed for hearing on April 10, 2012 [Docket No. 360]. The Borrowing Motion is incorporated herein in its entirety.

2. Paragraph 4 of the Borrowing Motion requests authority to borrow up to $500,000. Gordon Properties hereby amends paragraph 4 of the Borrowing Motion to increase the Loan amount from $500,000 to $700,000.

WHEREFORE, Gordon Properties respectfully requests that it be authorized to enter into the Loan pursuant to the terms of the Borrowing Motion, as amended herein.

---

**DONALD F. KING, ESQUIRE, VSB NO. 23125**
**Counsel for Gordon Properties, LLC**
**ODIN FELDMAN & PITTLEMAN PC**
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct:  703-218-2116
Fax:     703-218-2160
E-Mail: donking@ofplaw.com

- 2 -

Respectfully submitted,

**GORDON PROPERTIES, LLC**,
By counsel

**By:** ____*/s/Donald F. King*____
**Donald F. King, Esquire, VSB No. 23125**
**Counsel for Gordon Properties LLC**
**ODIN FELDMAN & PITTLEMAN PC**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct:   703-218-2116**
**Fax:      703-218-2160**
**E-Mail: donking@ofplaw.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that this Amended Motion was served electronically on March 22, 2012, upon all registered users pursuant to this Court's CM/ECF procedures.

*/s/ Donald F. King*
**DONALD F. KING**

#1655615v1